# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   Saffold, Dexter                              §        Case No. 08 B 17407
                                                      §
         Debtor                                       §
                                                      §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

   1)   The case was filed on 07/07/2008.

   2)   The plan was confirmed on 09/22/2008.

   3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/14/2009.

   4)   The trustee filed action to remedy default by the debtor in performance under the plan on 11/30/2009 and 07/26/2010.

   5)   The case was dismissed on 08/23/2010.

   6)   Number of months from filing or conversion to last payment: 24.

   7)   Number of months case was pending: 27.

   8)   Total value of assets abandoned by court order: (NA).

   9)   Total value of assets exempted: $625.00.

   10)  Amount of unsecured claims discharged without full payment: $0.

   11)  All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,170.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$5,170.00** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,015.95 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $338.04 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,353.99** |
| Attorney fees paid and disclosed by debtor | $300.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Robert J Adams & Associates | Priority | $3,500.00 | NA | NA | $0 | $0 |
| United Credit Union | Secured | $5,290.00 | $5,290.00 | $5,290.00 | $2,816.01 | $0 |
| ADT Security Systems | Unsecured | $830.00 | NA | NA | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $682.42 | $682.42 | $682.42 | $0 | $0 |
| Archer Heights Credit Union | Unsecured | NA | $4,148.66 | $4,148.66 | $0 | $0 |
| Arrow Financial Services | Unsecured | $750.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $64.00 | $1,185.83 | $1,185.83 | $0 | $0 |
| Asset Acceptance | Unsecured | $61.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $0 | $1,388.36 | $1,388.36 | $0 | $0 |
| AT&T | Unsecured | $1,108.27 | $4,170.48 | $4,170.48 | $0 | $0 |
| Bank Of America | Unsecured | NA | $985.75 | $985.75 | $0 | $0 |
| Bass & Associates | Unsecured | $940.00 | NA | NA | $0 | $0 |
| Bernardo Yahuaca | Unsecured | $1,600.00 | NA | NA | $0 | $0 |
| Bonded Coll | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Caine & Weiner | Unsecured | $90.00 | NA | NA | $0 | $0 |
| Callum Properties | Unsecured | $775.00 | NA | NA | $0 | $0 |
| Capital Recovery Service | Unsecured | $535.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Cellular Holding Inc | Unsecured | NA | $1,044.69 | $1,044.69 | $0 | $0 |
| Certegy Payment Recovery Services l | Unsecured | $740.42 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services l | Unsecured | $130.00 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services l | Unsecured | $930.00 | NA | NA | $0 | $0 |
| Circuit City | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | NA | $2,832.31 | $2,832.31 | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $2,400.00 | $2,832.31 | $2,832.31 | $0 | $0 |
| CMI | Unsecured | $52.97 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $150.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $67.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $380.28 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $200.00 | $591.12 | $591.12 | $0 | $0 |
| Complete Care | Unsecured | $716.00 | NA | NA | $0 | $0 |
| Credit Bureau Systems | Unsecured | $116.00 | NA | NA | $0 | $0 |
| Credit Collection | Unsecured | $140.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $532.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $550.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $351.00 | NA | NA | $0 | $0 |
| Creditors Collection Bur | Unsecured | $103.00 | NA | NA | $0 | $0 |
| Dell Financial Services, Inc | Unsecured | $2,045.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $170.00 | NA | NA | $0 | $0 |
| Direct Tv | Unsecured | $40.23 | NA | NA | $0 | $0 |
| Discount Tire Corp | Unsecured | $1,026.00 | $1,001.38 | $1,001.38 | $0 | $0 |
| F & W LLC | Unsecured | $2,000.00 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $153.00 | NA | NA | $0 | $0 |
| First Cash Advance | Unsecured | $371.25 | NA | NA | $0 | $0 |
| First Midwest Bank | Unsecured | $1,687.00 | NA | NA | $0 | $0 |
| Franklin Collection | Unsecured | $592.00 | NA | NA | $0 | $0 |
| Global Payments | Unsecured | $2,363.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $830.00 | NA | NA | $0 | $0 |
| Harvard Collection Services In | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Heller & Frisone Ltd | Unsecured | $0 | NA | NA | $0 | $0 |
| Illinois Title Loans | Unsecured | $231.00 | NA | NA | $0 | $0 |
| Imagine | Unsecured | $1,100.00 | NA | NA | $0 | $0 |
| JBC & Associates | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $300.00 | $1,189.51 | $1,189.51 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Lisa Phillips | Unsecured | $270.00 | NA | NA | $0 | $0 |
| M & M Heating And Cooling | Unsecured | $0 | NA | NA | $0 | $0 |
| Monroe Justice | Unsecured | $775.00 | NA | NA | $0 | $0 |
| Mountain States Adjustment | Unsecured | $800.00 | NA | NA | $0 | $0 |
| Municipal Collection Services | Unsecured | $0 | $484.64 | $484.64 | $0 | $0 |
| NCO Financial Systems | Unsecured | $447.00 | NA | NA | $0 | $0 |
| New Millennium Bank | Unsecured | $515.00 | NA | NA | $0 | $0 |
| Northwestern Memorial Physicians G | Unsecured | $99.68 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | NA | $551.13 | $551.13 | $0 | $0 |
| PLS Financial | Unsecured | $289.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $3,337.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $0 | $3,337.05 | $3,337.05 | $0 | $0 |
| Premier Bankcard | Unsecured | $269.09 | $194.00 | $194.00 | $0 | $0 |
| Premier Bankcard | Unsecured | $293.31 | $261.57 | $261.57 | $0 | $0 |
| Professional Account Management | Unsecured | $80.00 | NA | NA | $0 | $0 |
| SBC | Unsecured | $415.00 | NA | NA | $0 | $0 |
| Southwest Credit Systems | Unsecured | $1,108.27 | NA | NA | $0 | $0 |
| Springfield Housing Authority | Unsecured | $500.00 | $397.00 | $397.00 | $0 | $0 |
| Sprint | Unsecured | $141.00 | NA | NA | $0 | $0 |
| Sprint | Unsecured | $220.00 | NA | NA | $0 | $0 |
| St Margaret Mercy | Unsecured | $258.17 | NA | NA | $0 | $0 |
| Statewide Credit Assn., Inc. | Unsecured | $80.00 | NA | NA | $0 | $0 |
| Steven Sparacio | Unsecured | $0 | NA | NA | $0 | $0 |
| Suncash Loan | Unsecured | $450.00 | NA | NA | $0 | $0 |
| Trinsic | Unsecured | $255.00 | NA | NA | $0 | $0 |
| U Haul | Unsecured | $865.00 | NA | NA | $0 | $0 |
| United Credit Union | Unsecured | $5.00 | $528.17 | $528.17 | $0 | $0 |
| USA Payday Loans | Unsecured | $476.00 | NA | NA | $0 | $0 |
| Valentine & Kebartas Inc | Unsecured | $634.74 | NA | NA | $0 | $0 |
| Verizon Wireless | Unsecured | NA | $937.35 | $937.35 | $0 | $0 |
| Westtupelo Self Storaqge | Unsecured | $220.00 | $220.00 | $220.00 | $0 | $0 |
| Williams, Alexander & Assoc | Unsecured | $423.00 | $423.04 | $423.04 | $0 | $0 |
| Williams, Alexander & Assoc | Unsecured | $440.00 | NA | NA | $0 | $0 |
| Zenith Acquisition | Unsecured | $52.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $5,290.00 | $2,816.01 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $5,290.00 | $2,816.01 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $29,386.77 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,353.99 |
| Disbursements to Creditors | $2,816.01 |
| **TOTAL DISBURSEMENTS:** | $5,170.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: October 5, 2010     By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)